UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ROBERT HANNER,

    Plaintiffs,

v.

CONSUMER COLLECTION
MANAGEMENT, INC.,

    Defendant.                               No. 15-cv-424-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Notice of Voluntary Dismissal.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 8), entered on June 1, 2015, the Court **DISMISSES case with prejudice.** The Plaintiff's claims against the Defendant are **DISMISSED with prejudice.**

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                            BY:     /s/*Caitlin Fischer*
                                                        Deputy Clerk

Dated:   June 1, 2015

                                      Digitally signed by
                                      David R. Herndon
                                      Date: 2015.06.01
                                      16:17:16 -05'00'

APPROVED:
          U.S. DISTRICT JUDGE
          U. S. DISTRICT COURT